# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EADGEAR, INC., a California corporation, and GOFUNPLACES, INC., a British Virgin Islands corporation<br><br>Plaintiffs,<br><br>v.<br><br>RANDAL WILLIAMS, an individual, PROSPERITY FORMULA, LLC, a limited liability company, JUBIMAX LLC, a limited liability company, JUBIMAX, INC., a British Virgin Islands corporation, AFFILIATE PRO, INC., a British Virgin Islands corporation, and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No. C 13-01186 JSW<br><br>**[PROPOSED]** ORDER ON JOINT STIPULATION TO CONTINUE AUGUST 9, 2013 CASE MANAGEMENT CONFERENCE |

50000794

1

# [PROPOSED] ORDER

Having reviewed and considered the parties' Joint Stipulation to Continue August 9, 2013 Case Management Conference, and good cause having been shown as set forth therein, **IT IS HEREBY ORDERED** as follows:

1. The August 9, 2013 Case Management Conference is hereby continued to November 8, 2013, ~~September 13, 2013, or such later date as may be convenient for the Court~~;

2. The parties will hold and complete the Early Meeting of Counsel and submit a Joint Report pursuant to Fed.R.Civ.P. 26(f) seven days before the continued Case Management Conference; and

3. The parties do not waive, and fully and expressly reserve, all claims, challenges, defenses, objections and positions in this action.

**IT IS SO ORDERED.**

DATED: August 6, 2013

*/s/ Jeffrey S. White*
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE