AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Northern District of California

EADGEAR, INC. and GOFUNPLACES, INC.
 Plaintiff (s),
V.
RANDAL WILLIAMS, et al.
 Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: C 13-01186 JSW

Notice is hereby given that, subject to approval by the court, __GOFUNPLACES, INC.__ substitutes
(Party (s) Name)

__Danning Jiang__, State Bar No. __CA 196985__ as counsel of record in
(Name of New Attorney)

place of __Matthew C. Kane and Bethany A. Pelliconi__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Law Offices of Danning Jiang
Address: 271 North First Street, San Jose, CA 95113
Telephone: (408) 299-0800   Facsimile (408) 299-0300
E-Mail (Optional): djiang@jianglawgroup.com

I consent to the above substitution.
Date: 9/18/2013

*Charles Wang*
(Signature of Party (s))

I consent to being substituted.
Date: 9/16/2013

/s/ Mathew C. Kane
/s/ Bethany A. Pelliconi
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 9/17/2013

/ s / Danning Jiang
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: September 24, 2013

*Jeffrey S. White*
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]