AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

EADGEAR, INC. and GOFUNPLACES, INC.
        Plaintiff (s),
V.
RANDAL WILLIAMS, et al.
        Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: C 13-01186 JSW

Notice is hereby given that, subject to approval by the court, __GOFUNPLACES, INC.__ (Party (s) Name) substitutes __Danning Jiang__ (Name of New Attorney), State Bar No. __CA 196985__ as counsel of record in place of __Matthew C. Kane and Bethany A. Pelliconi__ (Name of Attorney (s) Withdrawing Appearance).

Contact information for new counsel is as follows:

    Firm Name: Law Offices of Danning Jiang
    Address: 271 North First Street, San Jose, CA 95113
    Telephone: (408) 299-0800      Facsimile (408) 299-0300
    E-Mail (Optional): djiang@jianglawgroup.com

I consent to the above substitution.
Date: 9/18/2013

*Charles Wang*
(Signature of Party (s))

I consent to being substituted.
Date: 9/16/2013

/s/ Mathew C. Kane
/s/ Bethany A. Pelliconi
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 9/17/2013

/ s / Danning Jiang
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.
Date: September 24, 2013

*Jeffrey S White*
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]