AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| Northern | **District of** | California |

EADGEAR, INC. and GOFUNPLACES, INC.

Plaintiff (s),

V.

RANDAL WILLIAMS, et al.

Defendant (s),

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:** C 13-01186 JSW

Notice is hereby given that, subject to approval by the court, EADGEAR, INC. substitutes

(Party (s) Name)

Danning Jiang , State Bar No. CA 196985 as counsel of record in

(Name of New Attorney)

place of Matthew C. Kane and Bethany A. Pelliconi .

(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Law Offices of Danning Jiang

Address: 271 North First Street, San Jose, CA 95113

Telephone: (408) 299-0800 Facsimile (408) 299-0300

E-Mail (Optional): djiang@jianglawgroup.com

I consent to the above substitution.

Date: 9/18/2013

*Charles Wang*

(Signature of Party (s))

I consent to being substituted.

Date: 9/16/2013

/s/ Mathew C. Kane   Digitally signed by /s/ Mathew C. Kane
DN: cn=/s/ Mathew C. Kane, o, ou, email=mkane@mcguirewoods.com, c=US
Date: 2013.09.16 10:07:51 -0700'

/s/ Bethany A. Pelliconi   Digitally signed by /s/ Bethany A. Pelliconi
DN: cn=/s/ Bethany A. Pelliconi, o, ou, email=bpelliconi@mcguirewoods.com, c=US
Date: 2013.09.16 10:08:10 -0700'

(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 9/17/2013

/ s / Danning Jiang

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: September 24, 2013

*Jeffrey S White*

Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**