Case3:13-cv-01186-JSW Document26 Filed10/29/13 Page1 of 2

Martin Zurada (SBN 218235)
mzurada@vefirm.com
VENARDI ZURADA LLP
700 Ygnacio Valley Road, Suite 300
Walnut Creek, California 94596
Telephone: (925) 937-3900
Facsimile: (925) 937-3905

Attorneys for Plaintiffs
RANDAL WILLIAMS

VENARDI ZURADA LLP
700 Ygnacio Valley Road, Suite 300
Walnut Creek, CA 94596
Tel: (925) 937-3900
Fax: (925) 937-3905

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EADGEAR, INC., a California corporation, and GOFUNPLACES, INC., a British Virgin Islands corporation<br><br>Plaintiffs,<br><br>v.<br><br>RANDAL WILLIAMS, an individual, PROSPERITY FORMULA, LLC, a limited liability company, JUBIMAX, LLC, a limited liability company, JUBIMAX, INC., a British Virgin Islands corporation, AFFILIATE PRO, INC. a British Virgin Islands corporation, and DOES 1 to 100, inclusive,<br><br>**Defendants.** | Case No.: C13-1186-JSW<br><br>**DENYING REQUEST**<br><br>[~~PROPOSED~~] ORDER ~~ALLOWING~~ BY DEFENDANT RANDAL WILLIAMS' COUNSEL TO APPEAR BY TELEPHONE AT INITIAL CASE MANAGEMENT CONFERENCE<br><br>Date: November 8, 2013<br>Time: 1:30 p.m.<br>Courtroom: 11, 19th Floor<br><br>Complaint Filed: March 15, 2013 |

Pursuant to Civil Local Rule 16-10(a), Defendant Randal Williams respectfully requests to participate, through his counsel Martin Zurada, in the Initial Case Management Conference, set for November 8, 2013 at 1:30 p.m. by telephone. Mr. Zurada will be available by direct land line number 925-937-3903.

- 1 -

re Request
[~~Proposed~~] Order ~~Allowing~~ Defendant Randal Williams' Counsel to
Appear by Telephone at Further CMC

CASE NO. C13-1186-JSW

Dated: October 29, 2013    VENARDI ZURADA

/s/ *Martin Zurada*
Martin Zurada
VENARDI ZURADA LLP
Attorneys for Defendant RANDAL WILLIAMS

The Court DENIES the request to appear by telephone. This Order is without prejudice to Defendant renewing this motion upon a showing of good cause.

IT IS SO ORDERED.

Dated: 10/30/13

HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE