Martin Zurada (SBN 218235)
mzurada@vefirm.com
VENARDI ZURADA LLP
700 Ygnacio Valley Road, Suite 300
Walnut Creek, California 94596
Telephone: (925) 937-3900
Facsimile: (925) 937-3905

Attorneys for Plaintiffs
RANDAL WILLIAMS

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

EADGEAR, INC., a California corporation, and GOFUNPLACES, INC., a British Virgin Islands corporation

Plaintiffs,

v.

RANDAL WILLIAMS, an individual, PROSPERITY FORMULA, LLC, a limited liability company, JUBIMAX, LLC, a limited liability company, JUBIMAX, INC., a British Virgin Islands corporation, AFFILIATE PRO, INC. a British Virgin Islands corporation, and DOES 1 to 100, inclusive,

Defendants.

Case No.: C13-1186-JSW

[PROPOSED] ORDER ~~ALLOWING~~ DENYING REQUEST BY DEFENDANT RANDAL WILLIAMS' COUNSEL TO APPEAR BY TELEPHONE AT INITIAL CASE MANAGEMENT CONFERENCE

Date: November 8, 2013
Time: 1:30 p.m.
Courtroom: 11, 19th Floor

Complaint Filed: March 15, 2013

Pursuant to Civil Local Rule 16-10(a), Defendant Randal Williams respectfully requests to participate, through his counsel Martin Zurada, in the Initial Case Management Conference, set for November 8, 2013 at 1:30 p.m. by telephone. Mr. Zurada will be available by direct land line number 925-937-3903.

- 1 -
[~~Proposed~~] Order ~~Allowing~~ re Request Defendant Randal Williams' Counsel to Appear by Telephone at Further CMC

CASE NO. C13-1186-JSW

1
2
3  Dated: October 29, 2013                VENARDI ZURADA
4
5
                                          /s/ *Martin Zurada*
6                                         Martin Zurada
                                          VENARDI ZURADA LLP
7                                         Attorneys for Defendant RANDAL WILLIAMS
8
9  *The Court DENIES the request to appear by telephone. This Order is without prejudice to Defendant renewing this motion upon a showing of good cause.*
10  IT IS SO ORDERED.
11
12  Dated:  10/30/13
13                                         HON. JEFFREY S. WHITE
                                           UNITED STATES DISTRICT JUDGE
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

VENARDI ZURADA LLP
700 Ygnacio Valley Road, Suite 300
Walnut Creek, CA 94596
Tel: (925) 937-3900
Fax: (925) 937-3905

- 2 -
[Proposed] Order Allowing Defendant Randal Williams' Counsel to Appear by Telephone at Further CMC

CASE NO. C13-1186-JSW