1  Danning Jiang, Esq. (CA BAR No. 196985)
   LAW OFFICES OF DANNING JIANG
2  271 North First Street
   San Jose, California 95113
3  Tel.: (408) 299-0800
   Fax: (408) 299-0300
4  E-mail: djiang@jianglawgroup.com

5  Attorneys for Plaintiffs EADGEAR, INC., a California
   corporation, and GOFUNPLACES, INC., a British Virgin
6  Islands corporation

7  Martin Jacek Zurada, Esq. (CA Bar No. 218235)
   VENARDI ZURADA, LLP
8  700 Ygnacio Valley Road, Suite 300
   Walnut Creek, CA 94596
9  Tel.: (415) 637-8483
   Fax: (925) 937-3905
10 E-mail: mzurada@vefirm.com

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EADGEAR, INC., a California corporation, and GOFUNPLACES, INC., a British Virgin Islands corporation<br><br>Plaintiffs,<br><br>v.<br><br>RANDAL WILLIAMS, an individual, PROSPERITY FORMULA, LLC, a limited liability company, JUBIMAX LLC, a limited liability company, JUBIMAX, INC., a British Virgin Islands corporation, AFFILIATE PRO, INC., a British Virgin Islands corporation, and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No. C 13-01186 JSW<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE &** [PROPOSED] **ORDER**<br><br>Date:    November 8, 2013<br>Time:    1:30 p.m.<br>Courtroom: 11<br>Judge:   Hon. Jeffrey S. White |

1

STIPULATION TO CONTINUE CMC & [PROPOSED] ORDER

1  All parties in the above-entitled action, by and through their respective counsel, enter into the stipulation and propose to continue the Case Management Conference as following:

2  1.  There is a related pending action involving similar parties in the United States District Court for the Western District of Texas, captioned *Randal Ray Williams v. eAdGear Holdings USA, Inc., et al.,* United States District Court for the Western District of Texas, San Antonio Division Case No. 5:13-cv-00125-OLG-JWP;

3  2.  Presently, Plaintiffs have filed motions for dismissal of the Texas action based on lack of personal jurisdiction or for transfer of that related action to this Court.  Parties have completed their briefings and are waiting for the court to make rulings.  It is expected that the Texas court will issue its rulings in 30-60 days.  A ruling transferring the Texas action to this Court would substantially impact the scheduling of this action;

4  3.  If the Texas motion based on lack of personal jurisdiction and to transfer the related action is denied, Defendants intend to file their own motion to transfer this litigation to the Texas court.

5  4.  Parties' former counsel have had discussions about the structure for a global settlement and resolution of this action, including the related action referenced above, and a third action being prosecuted against Plaintiffs by another individual not involved in either this action or the related action.  Parties' present counsel will continue exploring settlement; and

6  5.  Parties respectfully request the Court to continue the Case Manager Conference from November 8, 2013 by 90 days, or to such a later date as may be convenient for the Court.

IT IS SO STIPULATED.

DATED: November 1, 2013             LAW OFFICES OF DANNING JIANG

                                    By:    /s/ Danning Jiang
                                           Danning Jiang, Esq.
                                    Attorneys for Plaintiffs
                                    EADGEAR, INC., a California
                                    corporation, and GOFUNPLACES,
                                    INC., a British Virgin Islands
                                    corporation

| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | DATED: November 1, 2013 | VENARDI ZURADA, LLP |
| 5 | | |
| 6 | | By: /s/ Martin Jacek Zurada |
| | | Martin Jacek Zurada, Esq. |
| 7 | | |
| 8 | | Attorneys for Defendants RANDAL WILLIAMS, an individual, PROSPERITY FORMULA, LLC, a limited liability company, JUBIMAX LLC, a limited liability company, JUBIMAX, INC., a British Virgin Islands corporation, AFFILIATE PRO, INC., a British Virgin Islands corporation |

## CASE MANAGEMENT ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the November 8, 2013 Case management Conference is continued to February 14, 2014, at 1:30 p.m. in Courtroom No. 11. [In addition, the Court makes the further orders stated below:]

IT IS SO ORDERED.

Dated: November 5, 2013

_____
UNITED STATES DISTRICT JUDGE