1   Danning Jiang, Esq. (CA BAR No. 196985)
    LAW OFFICES OF DANNING JIANG
2   271 North First Street
    San Jose, California 95113
3   Tel.: (408) 299-0800
    Fax: (408) 299-0300
4   E-mail: djiang@jianglawgroup.com

5   Attorneys for Plaintiffs EADGEAR, INC., a California
    corporation, and GOFUNPLACES, INC., a British Virgin
6   Islands corporation

7   Martin Jacek Zurada, Esq. (CA Bar No. 218235)
    VENARDI ZURADA, LLP
8   700 Ygnacio Valley Road, Suite 300
    Walnut Creek, CA 94596
9   Tel.: (415) 637-8483
    Fax: (925) 937-3905
10  E-mail: mzurada@vefirm.com

11

12

13                  UNITED STATES DISTRICT COURT

14                  NORTHERN DISTRICT OF CALIFORNIA

15

16  EADGEAR, INC., a California corporation,        Case No. C 13-01186 JSW
    and GOFUNPLACES, INC., a British Virgin
17  Islands corporation                             **STIPULATION TO CONTINUE CASE
                                                     MANAGEMENT CONFERENCE &
18                      Plaintiffs,                  [PROPOSED] ORDER**

19              v.
                                                     Date:       November 8, 2013
20  RANDAL WILLIAMS, an individual,                  Time:       1:30 p.m.
    PROSPERITY FORMULA, LLC, a limited               Courtroom:  11
21  liability company, JUBIMAX LLC, a                Judge:      Hon. Jeffrey S. White
    limited liability company, JUBIMAX, INC.,
22  a British Virgin Islands corporation,
    AFFILIATE PRO, INC., a British Virgin
23  Islands corporation, and DOES 1 to 100,
    inclusive,
24
                        Defendants.
25

26

27

28
                                        1
─────────────────────────────────────────────────────────────
            STIPULATION TO CONTINUE CMC & [PROPOSED] ORDER

1         All parties in the above-entitled action, by and through their respective counsel, enter into

2    the stipulation and propose to continue the Case Management Conference as following:

3         1.     There is a related pending action involving similar parties in the United States

4    District Court for the Western District of Texas, captioned *Randal Ray Williams v. eAdGear*

5    *Holdings USA, Inc., et al.,* United States District Court for the Western District of Texas, San

6    Antonio Division Case No. 5:13-cv-00125-OLG-JWP;

7         2.     Presently, Plaintiffs have filed motions for dismissal of the Texas action based on

8    lack of personal jurisdiction or for transfer of that related action to this Court.  Parties have

9    completed their briefings and are waiting for the court to make rulings.  It is expected that the

10   Texas court will issue its rulings in 30-60 days.  A ruling transferring the Texas action to this

11   Court would substantially impact the scheduling of this action;

12        3.     If the Texas motion based on lack of personal jurisdiction and to transfer the

13   related action is denied, Defendants intend to file their own motion to transfer this litigation to the

14   Texas court.

15        4.     Parties' former counsel have had discussions about the structure for a global

16   settlement and resolution of this action, including the related action referenced above, and a third

17   action being prosecuted against Plaintiffs by another individual not involved in either this action

18   or the related action.  Parties' present counsel will continue exploring settlement; and

19        5.     Parties respectfully request the Court to continue the Case Manager Conference

20   from November 8, 2013 by 90 days, or to such a later date as may be convenient for the Court.

21        IT IS SO STIPULATED.

22

23   DATED: November 1, 2013           LAW OFFICES OF DANNING JIANG

24

25             By:     /s/ Danning Jiang

                         Danning Jiang, Esq.

26              Attorneys for Plaintiffs

                 EADGEAR, INC., a California

27              corporation, and GOFUNPLACES,

                 INC., a British Virgin Islands

28              corporation

2

JOINT CASE MANAGEMENT STATEMENT & [PROPOSED] ORDER

1

2

3

4   DATED: November 1, 2013                    VENARDI ZURADA, LLP

5

6                                              By:      /s/ Martin Jacek Zurada
                                                        Martin Jacek Zurada, Esq.

7

8                                              Attorneys for Defendants
                                               RANDAL WILLIAMS, an
                                               individual, PROSPERITY
9                                              FORMULA, LLC, a limited liability
                                               company, JUBIMAX LLC, a limited
10                                             liability company, JUBIMAX, INC.,
                                               a British Virgin Islands corporation,
11                                             AFFILIATE PRO, INC., a British
                                               Virgin Islands corporation
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

JOINT CASE MANAGEMENT STATEMENT & [PROPOSED] ORDER

**CASE MANAGEMENT ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the November 8, 2013

Case management Conference is continued to  February 14, 2014                                    ,

at 1:30 p.m. in Courtroom No. 11.  [In addition, the Court makes the further orders stated below:]

IT IS SO ORDERED.

Dated:  November 5, 2013

_____
UNITED STATES DISTRICT JUDGE

4

JOINT CASE MANAGEMENT STATEMENT & [PROPOSED] ORDER