United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EADGEAR, INC., et al.,

    Plaintiffs,

v.

RANDAL WILLIAMS, et al.,

    Defendants.
                                   /

No. C 13-01186 JSW

**ORDER OF REFERRAL TO MAGISTRATE JUDGE SPERO FOR ALL PURPOSES**

    Pursuant to Northern District Civil Local Rule 73-1(b) and the parties' consent, this matter is HEREBY REFERRED to Magistrate Judge Joseph C. Spero for all further proceedings, including trial and entry of a final judgment.

    **IT IS SO ORDERED.**

Dated: February 11, 2014

                                                JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE

cc: Magistrate Judge Referral Clerk