Martin Zurada (SBN 218235)
Mark Freeman (SBN 293721)
mzurada@vefirm.com
VENARDI ZURADA LLP
700 Ygnacio Valley Road, Suite 300
Walnut Creek, California 94596
Telephone: (925) 937-3900
Facsimile: (925) 937-3905

Attorneys for Defendants

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EADGEAR, INC. a California corporation, and GOFUNPLACES, INC., a British Virgin Islands corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RANDAL WILLIAMS, an individual, PROSPERITY FORMULA, LLC, a limited liability company, JUBIMAX, LLC, a limited liability company, JUBIMAX, INC., a British Virgin Islands corporation, AFFILIATE PRO, INC., a British Islands corporation, and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No.: 13-01186 JCS<br><br>[~~PROPOSED~~] ORDER ALLOWING DEFENDANTS' COUNSEL TO APPEAR BY TELEPHONE AT THE CASE MANAGEMENT CONFERENCE<br><br>Date:         February 28, 2014<br>Time:         2:00 p.m.<br>Courtroom:    G<br>Hon. Joseph C. Spero |

Pursuant to Civil Local Rule 16-10(a), Defendants Randal Williams, Prosperity Formula, LLC, Jubimax, LLC, Jubimax, Inc. and Affiliate Pro, Inc., respectfully request to participate, through their counsel Martin Zurada and/or Mark Freeman at the Case Management Conference set for February 28, 2014 at 2:00 p.m. by telephone. Mr. Zurada and/or Mr. Freeman will be available by direct land line number 925-937-3903.

| | |
|---|---|
| Dated: February 25, 2014 | VENARDI ZURADA |
| | /s/ *Martin Zurada* |
| | Martin Zurada |
| | VENARDI ZURADA LLP |
| | Attorneys for Plaintiff |

IT IS SO ORDERED.

Dated: 02/26/14

_____
HON. JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Joseph C. Spero)

VENARDI ZURADA LLP
700 Ygnacio Valley Road, Suite 300
Walnut Creek, CA 94596
Tel: (925) 937-3900
Fax: (925) 937-3905

- 2 -

[Proposed] Order Allowing Defendants' Counsel to
Appear by Telephone at Case Management Conference

CASE No.13-01186 JCS