## LAW OFFICES OF DANNING JIANG
A Professional Law Corporation

271 North First Street  
San Jose, California 95113

Telephone: (408) 299-0800  
Fax: (408) 299-0300

February 25, 2014

VIA E-FILE

Clerk of Hon. Joseph Spero  
Courtroom #G  
United States District Court  
450 Golden Gate Avenue  
San Francisco, CA 94102-3489

      RE:    eAdGear, Inc. v. Randall Williams et al.  
              Northern District of California Case No.: 3:13-cv-01186-JCS

Dear Clerk,

    I am counsel for Plaintiffs eAdGear, Inc., et al, in this action. I respectfully request the Court to grant my request for telephonic appearance of the Case Management Conference hearing, set for Friday, February 28, 2014, at 2:00 p.m., before Hon. Joseph C. Spero.

    My direct telephone line is **408-299-0800**.

    Thank you very much.

Dated: 2/26/14

Very truly yours,

/s/ DANNING JIANG  
DANNING JIANG, Esq.

DNJ: ns

[Court seal: IT IS SO ORDERED, Judge Joseph C. Spero, United States District Court, Northern District of California]