# LAW OFFICES OF DANNING JIANG
*A Professional Law Corporation*

271 North First Street  
San Jose, California 95113

Telephone: (408) 299-0800  
Fax: (408) 299-0300

June 13, 2014

<u>VIA E-FILE</u>

Clerk of Hon. Joseph Spero  
Courtroom #G  
United States District Court  
450 Golden Gate Avenue  
San Francisco, CA 94102-3489

      **RE:**    **eAdGear, Inc. v. Randall Williams et al.**  
              **Northern District of California Case No.: 3:13-cv-01186-JCS**

Dear Clerk,

    I am counsel for Plaintiffs eAdGear, Inc., et al, in this action. I respectfully request the Court to grant my request for telephonic appearance of the Case Management Conference hearing, set for Friday, June 20, 2014, at 2:00 p.m., before Hon. Joseph C. Spero.

    My direct telephone line is **408-299-0800**.

    The parties mediated this matter before Geoffrey Howard, Esq. on June 9. The matter was not settled.

    Thank you very much.

IT IS HEREBY ORDERED THAT counsel shall be on phone standby beginning at 2:00 PM and await the Court's call.  
Dated: 6/17/14

DNJ: qz

Very truly yours,

/s/ DANNING JIANG  
DANNING JIANG, Esq.

IT IS SO ORDERED AS MODIFIED  
Judge Joseph C. Spero