Martin Zurada (SBN 218235)
Mark Freeman (SBN 293721)
mzurada@vefirm.com
VENARDI ZURADA LLP
700 Ygnacio Valley Road, Suite 300
Walnut Creek, California 94596
Telephone: (925) 937-3900
Facsimile: (925) 937-3905

Attorneys for Defendants

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EADGEAR, INC. a California corporation, and GOFUNPLACES, INC., a British Virgin Islands corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RANDAL WILLIAMS, an individual, PROSPERITY FORMULA, LLC, a limited liability company, JUBIMAX, LLC, a limited liability company, JUBIMAX, INC., a British Virgin Islands corporation, AFFILIATE PRO, INC., a British Islands corporation, and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No.: 13-01186 JCS<br><br>[~~PROPOSED~~] ORDER ALLOWING DEFENDANTS' COUNSEL TO APPEAR BY TELEPHONE AT THE CASE MANAGEMENT CONFERENCE<br><br>Date:        June 20, 2014<br>Time:        2:00 p.m.<br>Courtroom:   G<br>Hon. Joseph C. Spero |

Pursuant to Civil Local Rule 16-10(a), Defendants Randal Williams, Prosperity Formula, LLC, Jubimax, LLC, Jubimax, Inc. and Affiliate Pro, Inc., respectfully request to participate, through their counsel Martin Zurada and/or Mark Freeman at the Case Management Conference set for June 20, 2014 at 2:00 p.m. by telephone. Mr. Zurada and/or Mr. Freeman will be available by direct land line number 925-937-3903.

Dated: June 13, 2014               VENARDI ZURADA

/s/ *Martin Zurada*
Martin Zurada
VENARDI ZURADA LLP
Attorneys for Plaintiff

**IT IS SO ORDERED.**   Counsel shall be on phone standby beginning at 2:00 PM and await the Court's call.

Dated:   6/17/14

HON. JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED AS MODIFIED*
Judge Joseph C. Spero

VENARDI ZURADA LLP
700 Ygnacio Valley Road, Suite 300
Walnut Creek, CA 94596
Tel: (925) 937-3900
Fax: (925) 937-3905

- 2 -

[Proposed] Order Allowing Defendants' Counsel to
Appear by Telephone at Case Management Conference

CASE NO.13-01186 JCS