## LAW OFFICES OF DANNING JIANG
*A Professional Law Corporation*

271 North First Street                                                            Telephone: (408) 299-0800
San Jose, California 95113                                             Fax: (408) 299-0300

September 12, 2014

VIA E-FILE

Clerk of Hon. Joseph Spero
Courtroom #G
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3489

        RE:    eAdGear, Inc. v. Randall Williams et al.
                   Northern District of California Case No.: 3:13-cv-01186-JCS

Dear Clerk,

    I am counsel for Plaintiffs eAdGear, Inc., et al, in this action. I respectfully request the Court to grant my request for telephonic appearance of the Case Management Conference hearing, set for Friday, September 19, 2014, at 2:00 p.m., before Hon. Joseph C. Spero.

    My direct telephone line is **408-299-0800**.

    Thank you very much.

| | |
|---|---|
| IT IS HEREBY ORDERED THAT<br>Mr. Jiang shall be on phone standby and await the Court's call.<br>Dated: 9/15/14 | Very truly yours,<br><br>/s/ DANNING JIANG<br>DANNING JIANG, Esq. |

DNJ: qz

*[Court seal: IT IS SO ORDERED AS MODIFIED — Judge Joseph C. Spero]*