Martin Zurada (SBN 218235)
Mark Freeman (SBN 293721)
mzurada@vefirm.com
VENARDI ZURADA LLP
700 Ygnacio Valley Road, Suite 300
Walnut Creek, California 94596
Telephone: (925) 937-3900
Facsimile: (925) 937-3905

Attorneys for Defendants

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EADGEAR, INC. a California corporation, and GOFUNPLACES, INC., a British Virgin Islands corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RANDAL WILLIAMS, an individual, PROSPERITY FORMULA, LLC, a limited liability company, JUBIMAX, LLC, a limited liability company, JUBIMAX, INC., a British Virgin Islands corporation, AFFILIATE PRO, INC., a British Islands corporation, and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No.: 13-01186 JCS<br><br>[~~PROPOSED~~] ORDER ALLOWING DEFENDANTS' COUNSEL TO APPEAR BY TELEPHONE AT THE CASE MANAGEMENT CONFERENCE<br><br>Date: September 19, 2014<br>Time: 2:00 p.m.<br>Courtroom: G<br>Hon. Joseph C. Spero |

    Pursuant to Civil Local Rule 16-10(a), Defendants Randal Williams, Prosperity Formula, LLC, Jubimax, LLC, Jubimax, Inc. and Affiliate Pro, Inc., respectfully request to participate, through their counsel Martin Zurada and/or Mark Freeman at the Case Management Conference set for September 19, 2014 at 2:00 p.m. by telephone. Mr. Zurada and/or Mr. Freeman will be available by direct land line number 925-937-3903.

- 1 -

VENARDI ZURADA LLP
700 Ygnacio Valley Road, Suite 300
Walnut Creek, CA 94596
Tel: (925) 937-3900
Fax: (925) 937-3905

1
2
3
4   Dated: September 15, 2014          VENARDI ZURADA

5
                                       /s/ *Martin Zurada*
6                                      Martin Zurada
                                       VENARDI ZURADA LLP
7                                      Attorneys for Plaintiff

8
9
10  **IT IS SO ORDERED.**

11
12  Dated: 9/18/14                     
13                                     HON. JOSEPH C. SPERO
                                       UNITED STATES MAGISTRATE JUDGE
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 2 -

**[Proposed] Order Allowing Defendants' Counsel to
Appear by Telephone at Case Management Conference**

**CASE NO.13-01186 JCS**