## LAW OFFICES OF DANNING JIANG
*A Professional Law Corporation*

271 North First Street  
San Jose, California 95113

Telephone: (408) 299-0800  
Fax: (408) 299-0300

November 13, 2014

<u>VIA E-FILE</u>

Clerk of Hon. Joseph Spero  
Courtroom #G  
United States District Court  
450 Golden Gate Avenue  
San Francisco, CA 94102-3489

    RE:    eAdGear, Inc. v. Randall Williams et al.  
             Northern District of California Case No.: 3:13-cv-01186-JCS

Dear Clerk,

    I am counsel for Plaintiffs eAdGear, Inc., et al, in this action. I respectfully request the Court to grant my request for telephonic appearance of the Case Management Conference hearing, set for Friday, November 14, 2014, at 2:00 p.m., before Hon. Joseph C. Spero.

    My direct telephone line is **408-299-0800**.

    Thank you very much.

IT IS HEREBY ORDERED that Mr. Jiang shall be on phone standby and await the Court's call. Dated: 11/13/14.

Very truly yours,

/s/ DANNING JIANG  
DANNING JIANG, Esq.

DNJ: qz