UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| EADGEAR, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RANDALL WILLIAMS, et al.,<br><br>　　　　Defendants.<br>_____/ | No. C 13-1186 JCS<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:　　　　January 25, 2015<br>Mediator:　　Howard Herman |

　　　IT IS HEREBY ORDERED that the request to excuse plaintiff's counsel, Danning Jiang, from appearing in person at the January 25, 2015, mediation before Howard Herman is GRANTED. Mr. Jiang shall be available to participate telephonically in the mediation as set forth in ADR L.R. 6-10(f).

　　　IT IS SO ORDERED.

January 8, 2015　　　　　By:　　　_____
Dated　　　　　　　　　　　　　　　　　Maria-Elena James
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
For the Northern District of California